NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

NOV 27 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-568 |
| Plaintiff - Appellee, | D.C. No. 1:22-cr-02030-MKD-1 |
| v. | |
| AIDEN ZAHAY PHILLIPS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Mary K. Dimke, District Judge, Presiding

Submitted November 20, 2024**

Before:    CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Aiden Zahay Phillips appeals from the district court's judgment and

challenges the 33-month sentence imposed upon his guilty-plea conviction for

sexual abuse of a minor in Indian country in violation of 18 U.S.C. §§ 1153,

2243(a), 2246(2)(A).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

24-586

Phillips contends that his sentence is substantively unreasonable because his compliance with pretrial release conditions and lack of criminal history, along with other mitigating factors, demonstrate that a shorter sentence was warranted. The district court considered these factors, however, and did not abuse its discretion in denying Phillips' request for a downward variance. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence at the low end of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Phillips' lack of remorse, the nature of the offense, and the need to protect the public. *See Gall*, 552 U.S. at 51; *United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**